Rel: April 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0381

Lake Forest Property Owners' Association, Inc. v. Lake Forest Strong, Doreen Knight, Eve Gray, Dexter Curry, Cathie Marx, and Lynn Davis (Appeal from Baldwin Circuit Court: CV-23-900163).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.